COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION

Appellate case name:        In the Interest of J. S., A Child

Appellate case number:    01-19-00146-CV

Trial court case number:    2018-00409J

Trial court:              314th District Court of Harris County

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case") for both the mother and the father of the child, J.S. On April 4, 2019, appointed counsel for the father, H.L.S., filed his appellant's brief. On April 5, 2019, Michellé Placzek, appointed counsel for the mother, A.W.H., filed an unopposed motion for a 14-day extension of time to file appellant A.W.H.'s brief, which was due on April 1, 2019.

Appeals in parental termination cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed, so far as reasonably possible. *See* TEX. ST. JUD. ADMIN. R. 6.2(a) (West 2017). Here, the first notice of appeal was timely filed on February 25, 2019, in the trial court from the February 7, 2019 final decree for termination by appointed counsel for the father, H.L.S., setting the 180-day compliance deadline for August 23, 2019. *See* TEX. R. APP. P. 26.1(b). Although this is appellant A.W.H.'s first motion and it is unopposed, the accelerated schedule in termination cases requires greater compliance with briefing deadlines and greater scrutiny of extensions.

Appellant A.W.H.'s counsel contends that an extension is needed "because she incorrectly calculated the deadline and therefore incorrectly docketed the date on her calendar." Thus, counsel requests a 14-day extension of time to file appellant A.W.H.'s brief until April 15, 2019.

Accordingly, appellant A.W.H.'s motion for an extension of time is **GRANTED until April 15, 2019**. *See* TEX. R. APP. P. 38.6(d).

It is so ORDERED.

Judge's signature: ____/s/ Evelyn V. Keyes_____

                x  Acting individually    ☐  Acting for the Court

Date: __April 9, 2019_____